# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2005

127453(8)

In re:

HON. MICHAEL J. HALEY,
Judge, 86th District Court
BEFORE THE JUDICIAL TENURE COMMISSION

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127453
Formal Complaint No. 77

_____/

On order of the Court, the Judicial Tenure Commission's motion to strike respondent's Appendix is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2005 _____

p1208

Clerk